# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-373-GMN-BNW |
| Plaintiff, | **[Proposed] Order Granting Motion to Dismiss the Indictment and Quash the Arrest Warrant** |
| v. | |
| LINDA REECE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Linda Reece.

                                              NICHOLAS A. TRUTANICH
                                              United States Attorney

                                              *s*/Richard Anthony Lopez
                                              RICHARD ANTHONY LOPEZ
                                              Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed, it is hereby ordered that the arrest warrant issued October 17, 2001, is quashed.

DATED this __31__ day of January, 2020.

                                              Gloria M. Navarro, District Judge
                                              United States District Court